MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund</u>

Debtor: **Larry Krause**                          Chapter 7 Case No. **09-36363**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Hickory Tech<br>PO Box 427<br>Mankato, MN 56002 | 7 | $45.62 | $1.14 |

Dated:  May 28, 2010

*[signature]*

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

#2273

RECEIVED
10 JUN -2 AM 9:29
U.S. BANKRUPTCY COURT
ST. PAUL, MN